IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FELIZ MENDOZA : CIVIL ACTION

v. :

DAVID DiGLUGLIELMO, et al. : NO. 07-CV-0431

FILED
JUL 2 — 2009
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

### ORDER

AND NOW, this 23rd day of July, 2009, after a *de novo* review as required by 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), IT IS HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation is APPROVED and ADOPTED.

2. The petitioner's objections are OVERRULED.

3. The petition for writ of *habeas corpus* is DENIED.

4. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
J. WILLIAM DITTER, JR.

ENTERED
JUL 24 2009
CLERK OF COURT